UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16 CR 492 RWS |
| ) | |
| BELAL ABDELNABI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Belal Abdelnabi is charged in a one-count indictment with mail fraud in violation of 18 U.S.C. § 1341. Abdelnabi allegedly embezzled and diverted more than $360,000 in sales from his employer Unlimited Prepay Distribution ("UPD"). Abdelnabi lives in the Chicago, Illinois area. UPD has its offices in St. Louis, Missouri. On January 27, 2017, Abdelnabi filed a motion to transfer this matter to the United States District Court for the Northern District of Illinois pursuant to Fed. R. Crim. P. 21. Plaintiff United States opposes the motion.

On February 15, 2017, United States Magistrate Judge John M. Bodenhausen filed a report and recommendation that Abdelnabi's motion to transfer venue be denied. Any objections to the report and recommendation had to be filed no later than March 1, 2017. On February 23, I granted Abdelnabi's motion for an extension of time to file objections. Any objections had to be filed

no later than March 22, 2017. As of today's date Abdelnabi has not filed any objections to the report and recommendation.

In his report and recommendation, Judge Bodenhausen carefully analyzed the ten factors used in deciding whether to transfer a criminal case pursuant to <u>Platt v. Minnesota Mining Co.</u>, 376 U.S. 240 (1964). After reviewing these factors Judge Bodenhausen recommended that Abdelnabi's motion to transfer this case be denied.

Even though Abdelnabi did not file objections to Judge Bodenhausen's report and recommendation, I have performed a de novo review of Abdelnabi's motion to transfer venue. I agree with Judge Bodenhausen's recommendation that Abdelnabi's motion should be denied for the reasons stated in Judge Bodenhausen's report.

Accordingly,

**IT IS HEREBY ORDERED that** I hereby adopt and incorporate Judge John M. Bodenhausen's report and recommendation dated February 15, 2017.

**IT IS FURTHER ORDERED that** Defendant Belal Abdelnabi's motion to transfer venue [20] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of March, 2017.